# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 20-8981 MRW | Date | November 19, 2020 |
|---|---|---|---|
| Title | Brian Whitaker v. 450 Bedford Drive, LLC | | |

Present: The Honorable   Michael R. Wilner

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER RE: DISMISSAL**

    Plaintiff filed a notice voluntarily dismissing this case with prejudice. (Docket # 15.) This action is dismissed with prejudice.